Dismissed and Memorandum Opinion filed October 21, 2004









Dismissed and Memorandum Opinion filed October 21,
2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00643-CR

____________

 

JOSEPH DEWAYNE COSHATT,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
400th District Court

Fort Bend
County, Texas

Trial Court Cause No. 39,484

 



 

M E M O R A N D U M   O P I N I O N

After a plea of guilty, appellant was convicted of the
offense of possession of a controlled substance and sentenced to confinement in
a state jail facility for two years, probated for five years, on June 10,
2004.  Appellant filed a notice of appeal
and the appeal was assigned to this court. 
Appellant also filed a motion for reconsideration or reduction of his
sentence.  On August 23, 2004, the trial
court entered a new judgment and modified appellant=s sentence of terms and conditions of
probation.  Appellant filed a new notice
of appeal, and a second appeal was assigned to this court and remains pending
under this court=s case number 14-04-00964-CV. 
Therefore, this appeal has been rendered moot. 








Accordingly, this appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 21, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).